JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE CO., | CV 20-11481 PA (PDx) |
| Plaintiff, | JUDGMENT |
| v. | |
| AKRAM AKBARNEJAD, et al. | |
| Defendants. | |

Pursuant to the Court's May 4, 2021 Order, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: May 4, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE